[No. 12882-2-III.    Division Three.    May 5, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GUMEZINDO GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 92-1-50252-5, Duane E. Taber, J., entered November 21, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 12586-6-III.    Division Three.    May 5, 1994.]

LARRY FOX, ET AL, *Appellants*, v. LLOYD KENT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 87-2-00383-1, Albert J. Yencopal, J., entered June 25, 1992. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.

[No. 16796-4-II.    Division Two.    May 6, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSEPH WILLIAM CHRISTOPHER, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-1-00181-8, James E. Warme, J., entered December 29, 1992. *Reversed* by unpublished per curiam opinion.

[No. 30557-3-I.    Division One.    May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS I. BARTOLO-OJEDA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05501-3, James A. Noe, J., entered April 3, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Pekelis, A.C.J., and Agid, J.